# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

---

**DC Kincare Alliance**

                               **Plaintiff**

                                    *vs.*                         Case No.: 1:22-cv-02847-RBW

**District of Columbia Housing Authority**

                               **Defendant**

---

## AFFIDAVIT OF SERVICE

I, Angela H. Croson, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the documents listed herein in the above entitled case.

That I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Notice of Right to Consent to Trial before a United States Magistrate Judge, Civil Cover Sheet, and Complaint

SERVE TO: the Mayor of the District of Columbia, Muriel Bowser

ADDRESS: 1350 Pennsylvania Avenue, NW, Washington, DC 20004

METHOD OF SERVICE: By e-mailing a copy of the documents listed herein to the Mayor of the District of Columbia, Muriel Bowser on 09/26/2022 at 11:25 AM to the following e-mail address, tonia.robinson@dc.gov.

Service was effecuated by electronic mail due to the COVID-19 service protocol. That on 09/29/2022 at 2:03 PM, Tonia Robinson, OAG/GL confirmed receipt of electronic service by reply e-mail from tonia.robinson@dc.gov.

I declare under penalty of perjury that this information is true.

09/29/2022
Executed On

Angela H. Croson

Client Ref Number: 90506-1
Job #: 1608508

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

9/26/22, 11:30 AM CAPITOL PROCESS SERVICES, INC Mail - Service of Process -- Attorney General for DC and Mayor for DC / USDC; Case No....

Case 1:22-cv-02847-RBW Document 7 Filed 09/30/22 Page 2 of 4



Angela H. Croson <acroson@capitolprocess.com>

# Service of Process -- Attorney General for DC and Mayor for DC / USDC; Case No. 1:22-cv-02847-RBW
1 message

**Angela H. Croson** <acroson@capitolprocess.com>  Mon, Sep 26, 2022 at 11:25 AM
To: "Robinson, Tonia (OAG/GL)" <tonia.robinson@dc.gov>, "Litos, Stephanie (OAG)" <stephanie.litos@dc.gov>, "Copeland, Chad (OAG)" <Chad.copeland@dc.gov>

United States District Court for the District of Columbia; Case No. 1:22-cv-02847-RBW
DC Kincare Alliance v. District of Columbia Housing Authority

Good morning,

Please find attached electronic service of process addressed to **Office of the Attorney General for the District of Columbia c/o Attorney General, Karl A. Racine and Mayor of the District of Columbia, Muriel Bowser** in the above-referenced case. The attached service package consists of the following documents: **Summons, Notice of Right to Consent to Trial Before A United States Magistrate Judge, Civil Cover Sheet, and Complaint.**

Service is being effectuated electronically due to the COVID-19 protocol at the Office of the Attorney General for the District of Columbia, 400 6th Street, NW, Washington, DC 20001.

Please confirm receipt of the attached at your earliest convenience.

Angela H. Croson
Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050, Ext. 100

#1– Best of Legal Times Hall of Fame

**VOTED BEST PROCESS SERVER IN DC METRO AREA 8 YEARS IN A ROW**

info@capitolprocess.com / acroson@capitolprocess.com

**2 attachments**

📄 **Karl Racine.pdf**
2391K

📄 **Muriel Bowser.pdf**

9/29/22, 2:28 PM					CAPITOL PROCESS SERVICES, INC. Mail - Service of Process - Attorney General for DC and Mayor for DC / USDC; Case No. ...

Case 1:22-cv-02847-RBW   Document 7   Filed 09/30/22   Page 3 of 4

[Quoted text hidden]

---

**Robinson, Tonia (OAG/GL)** <tonia.robinson@dc.gov>					Thu, Sep 29, 2022 at 2:03 PM
To: "Angela H. Croson" <acroson@capitolprocess.com>, "Copeland, Chad (OAG)" <chad.copeland@dc.gov>
Cc: "Litos, Stephanie (OAG)" <stephanie.litos@dc.gov>

Received.

[Quoted text hidden]

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| DC KINCARE ALLIANCE | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:22-cv-02847 |
| DISTRICT OF COLUMBIA HOUSING AUTHORITY | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MAYOR OF THE DISTRICT OF COLUMBIA - MURIEL BOWSER
1350 Pennsylvania Avenue, NW,
Washington, D.C. 20004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Theodore A. Howard
Wiley Rein LLP
2050 M Street NW
Washington, DC 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 9/21/2022



/s/ Tonya Hightower
*Signature of Clerk or Deputy Clerk*